UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

_____

In Re:
JOHN CRAVEN and
ANGELA CRAVEN,

Debtors,

Bankruptcy Case
No. 10-40957-JDP

_____

MEMORANDUM OF DECISION
_____

The Court has reviewed Trustee's Final Report, Dkt. No. 71, Trustee's Application for Compensation and Reimbursement of Expenses, Dkt. No. 73, and Trustee's Affidavit in Support of Trustee's Fee and Expenses, Dkt. No. 77, all filed by chapter 7 trustee R. Sam Hopkins. On the basis of these submission, the Court finds that reasonable compensation for Mr. Hopkins services as trustee in this case is $1,500.00. *See* 11 U.S.C. § 330(a); *In re B&B Autotransfusion Services, Inc.*, 443 B.R. 543 (Bankr. D.Idaho 2011). In particular, the Court finds it particularly relevant in this case that Trustee apparently employed professionals to perform the bulk of the services associated with recovery and liquidation of the primary asset in this case, at a cost of over $5,500. *See* 11 U.S.C. § 330(a)(4)(A)(i) (requiring

the court to disallow compensation for any unnecessary duplication of services). Reimbursement of all requested expenses will be approved.

If Mr. Hopkins would like a hearing to submit additional information, evidence, or argument in support of his fee application, he should contact the Court's calendar clerk to schedule such a hearing. If he is willing accept said sum as compensation for his services, he may submit a revised Order approving the Final Report with the revised amount for trustee's compensation, which order may be entered without further notice or hearing.

Dated: December 12, 2011

_____
Honorable Jim D. Pappas
United States Bankruptcy Judge